AO 91 (Rev. 11/11) Criminal Complaint

FILED ENTERED
LODGED RECEIVED
OCT 09 2026
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.
LEE SCOTT WYGAL RALSTON

*Defendant(s)*

Case No. 1:26-mj-2730-CDA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 14, 2026 in the county of Anne Arundel in the District of Maryland, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 26 U.S.C. §§ 5861(c), (d), (f), (i) | It shall be unlawful for any person to receive or possess a firearm made in violation of the provisions of this chapter; or to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record; or to make a firearm in violation of the provisions of this chapter; or to receive or possess a firearm which is not identified by a serial number as required by this chapter. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

BENJAMIN PARKER Digitally signed by BENJAMIN PARKER Date: 2026.10.04 20:33:25 -04'00'

*Complainant's signature*

Special Agent Benjamine Parker, ATF

*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: October 8, 2026

City and state: Baltimore, Maryland

Hon. Charles D. Austin, US Magistrate Judge

*Printed name and title*